■ MANDELL & CORSINI, INC., Respondent-Appellant, et al., Respondents, v BOARD OF EDUCATION CENTRAL SCHOOL DISTRICT No. 2 OF THE TOWNS OF BEDFORD, NEW CASTLE, NORTH CASTLE AND POUND RIDGE, Appellant-Respondent. (And a Third-Party Action.)—Cross appeal by respondent-appellant Mandell & Corsini, Inc., dismissed. The cross appeal was not perfected in accordance with the rules of this court (see *Howe Ave. Nursing Home v Nafus,* 54 AD2d 686). Judgment of the Supreme Court, Westchester County, entered June 16, 1976, as amended by a judgment of the same court, entered December 7, 1976, affirmed, with one bill of costs jointly to

plaintiffs appearing separately and filing separate briefs. No opinion. Hopkins, J. P., Shapiro, Hawkins and O'Connor, JJ., concur.